# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2465
_____

Carlos Montanez,

Appellant,

v.

Ricky D. Dixon, Secretary,
Florida Department of
Corrections,

Appellee.

_____


On appeal from the Circuit Court for Gilchrist County.
Robert K. Groeb, Judge.

August 9, 2024


Per Curiam.

Affirmed.

Osterhaus, C.J., and Rowe and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Carlos Montanez, pro se, Appellant.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.